■ CREDITO ITALIANO, NEW YORK BRANCH v CELLULOSE CONVERTING EQUIPMENTS.—Defendant-respondent Tayyab's motion for reargument or in the alternative for leave to appeal to Court of Appeals from this Court's decision and order (173 AD2d 350), entered on May 23, 1991, granted to the extent of adding the words "including any interest accrued thereon at the bank's then prevailing rate" following the words "disputed amount" appearing on line ten in the decretal paragraph of the aforesaid decision and order, and otherwise denied. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Smith, JJ.

■ LESSER v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTH.—Motion to amend the order (157 AD2d 352) and accompanying majority Opinion entered on May 24, 1990 granted insofar as to delete from the decretal paragraph of the order, and from the decretal paragraph of the aforesaid majority Opinion, the words "and the facts." Those decretal paragraphs are otherwise unchanged. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ In the Matter of SIDNEY A. WEISBERG, a Suspended Attorney.—Report of the Hearing Panel confirmed, and respondent is reinstated as an attorney and counselor-at-law in the State of New York effective the date hereof. Concur—Murphy, P. J., Rosenberger, Ellerin, Ross and Kassal, JJ.